FILE COPY

No. 07-15-00200-CR

| | | |
|---|---|---|
| Destany Jenee Liles<br>    Appellant | § | From the 251st District Court<br>    of Randall County |
| | § | |
| v. | | December 29, 2015 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 29, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o